IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DEAN E. MAHONE,            )<br>                           )<br>    Plaintiff,           )<br>                           )<br>    v.                     )<br>                           )<br>JEFFERSON S. DUNN,         )<br>Commissioner, ADOC,        )<br>et al.,                    )<br>                           )<br>    Defendants.            ) | CIVIL ACTION NO.<br>   2:16cv988-MHT<br>        (WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit alleging that corrections officials violated his Eighth Amendment rights by failing to protect him from being stabbed by a mentally ill prisoner.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed for failure to pay the required initial filing fee.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be

adopted.

An appropriate judgment will be entered.

DONE, this the 24th day of March, 2017.

                          /s/ Myron H. Thompson
                      UNITED STATES DISTRICT JUDGE