IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| DEAN E. MAHONE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:16cv988-MHT |
| | ) | (WO) |
| JEFFERSON S. DUNN, | ) | |
| Commissioner, ADOC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (doc. no. 55) are overruled, with the exception noted in the opinion.

(2) The United States Magistrate Judge's recommendation (doc. no. 52) is adopted.

(3) Defendants' motion for summary judgment (doc. nos. 28, 34, & 36) is granted as to plaintiff's federal constitutional claims.

(4) Judgment is entered in favor of defendants and against plaintiff on plaintiff's federal constitutional

claims, with plaintiff taking nothing by his complaint.

(5) The court declines to exercise supplemental jurisdiction over plaintiff's state claims, and those claims are dismissed without prejudice and with leave to refile in state court. *See* 28 U.S.C. 1367(c) & (d).

It is further ORDERED that costs are taxed against plaintiff on the federal claims only, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 29th day of January, 2020.

                                 /s/ Myron H. Thompson
                                 **UNITED STATES DISTRICT JUDGE**